STATE OF WASHINGTON SNOHOMISH COUNTY DISTRICT COURT

CHIBIKE NWABUDE

    Plaintiff

VS.

SYNCHRONY BANK/AMAZON

    Defendant

Case No.: S24-55 (Previous)

New Case No: S24-00055

COMPLAINT

1. On April 20, 2024 I ordered three merchandise with order number **112-7531280-6293842** with my Amazon Store Card managed by Synchrony Bank for a total of $47.15. After I received those merchandise, I noticed that they were the wrong sizes. So I returned them on April 26, 2024 at UPS drop off location in Lake Stevens. I was sent the email confirmation return receipts marked as exhibit **A**. On April 26, 2024 I received three emails marked as exhibit **B1, B2 and B3** from Amazon which stated that they have issued me a refund for the three merchandise. Exhibit **B4** is my order details.

2. Again on April 26, 2024 I received the email notification marked as exhibit **C** from Synchrony Bank that my Amazon Store Card statement marked as exhibit **C1** for a total of $47.15 with the payment due date of May 18, 2024.was ready.

3. Just before the due date of May 18, 2024, I called Synchrony Bank on May 16, 2024 and talked to Marvin in their Customer Service. I told him that the merchandise on that statement had been returned and the amounts refunded by Amazon on my account. I told him that I wanted to talk to a supervisor or Manager about my problems. He connected me to Manager Aly. I told her that I do not owe the amounts on that statement because the merchandise have been returned and the amounts refunded by Amazon.

COMPLAINT - 1

CHIBIKE NWABUDE
1108 85TH DRIVE NE
LAKE STEVENS, WA 98258
(206) 372-2912

Exhibit 1
Page 13 of 61

4. I also told her that since their bank is handling Amazon customers credit card accounts, that their bank had the obligation to reconcile my Amazon accounts with their statements and resolve the discrepancies with Amazon before they sent out the false Statements from their Bank. I told her that they are messing up my credit records. She promised to look into my complaint. When I received the email notification dated **5/13/24**, marked as exhibit **D** that my payment was due. I responded to that email on 6/2/24. Read my comments on that exhibit **D**.

5. On May 27, 2024, I received the email notification marked as exhibit **E** from Synchrony Bank that my Amazon Store card statement marked as exhibit **E1** with a due date of 6/18/2024 was ready. I replied to that email on 6/2/24. Read My comments on that exhibit **E**.

6. On June 5, 2024, I talked to Synchrony Bank Customer service Kevie about the discrepancies in my account for order number **112-7531280-6293842**, and requested to talk to a supervisor. She connected me to Collection supervisor Leslie. I told her about my problems. How their bank was messing up my credit records because those merchandise that they are charging me for late fees, have already been refunded by Amazon. She told me that Amazon was notorious about not informing them that a refund had been issued to a customer.

7. I was frustrated on how Leslie the supervisor handled my complaint, and was baffled that she had a nonchalant attitude about my problems. Because she hang up the phone on me without resolving my problems. My note showed that she was also involved in my past experience in 2022 with one of my returned and refunded order number **113-5072930-9609825**, in which my account and credit records was messed up.

8. Also on June 5, 2024, I talked to Amazon Customer Service Representative Irfan about my order number **112-7531280-6293842** which had been returned. After some research, he sent me an email marked as exhibit **F** dated 6/5/24 to confirm that the money had been refunded to my account on April 26, 2024.

9. These are the emails Synchrony Bank sent to me regarding the amount they stated that I owed, and I replied to those emails marked as exhibit **G1, G2, G3, G4, G5, G6, G7** and **(G8 with my Account statement G8)**. However, when I

COMPLAINT - 2

CHIBIKE NWABUDE
1108 85TH DRIVE NE
LAKE STEVENS, WA 98258
(206) 372-2912

Exhibit 1
Page 14 of 61

replied to exhibits **G6** and **G7,** I attached exhibits **A, B1, B2, B3, B4 and F** to let them know that I do not owe those amounts on my account statements. Read my comments on those emails.

10. This is not the only time Synchrony Bank has mess up my account and credit records. Infect, this is the third time. When my order number **113-1997624-6369054** for $16.25 in 2022 was returned and refunded by Amazon, Synchrony Bank messed up my account and credit records. I talked to supervisor Brandi about it.

11. When my order number **113-5072930-9609825** for $37.07 in 2022 was returned and refunded by Amazon, Synchrony Bank again messed up my account and credit records. I talked to Supervisor Leslie about it. I told her that if their Bank keep messing up my credit records, that I would take their Bank to court.

12. Now Synchrony Bank have done it again. Look at the document marked as exhibit **H** that showed how they fabricated the amount of $119.91 that they wanted me to pay, which I do not owe. If the amount was a legitimate amount, I would have paid for it but because it was a fabricated amount with late fees, I will never pay it.

13. **Question:** Why is it that when I replied to Synchrony Bank emails, and told them that the merchandise that I ordered has been returned and refunded by Amazon with exhibits **G1** to **G8**, they do not care to read the emails and communicate with Amazon to resolve the discrepancies, before sending out false account statements to me?

14. Because of $100.00 credit limit, Synchrony Bank have ruined my credit records repeatedly with fabricated amounts and late payments on my account statements which I do not owe. Exhibit **X** is a copy one of the late payments Synchrony Bank have in one of my credit records. For the record: Synchrony Bank credit card with a credit limit of $100.00 is the only account in my credit records with a fabricated amount and late fee payments.

15. Exhibits **Y** showed some of the affects the actions of Synchrony Bank fabricated amounts and late fees are having on my credits records. Part of the statements stated quote "There was a recent review of your account and credit information. As a result, we have revised the credit limit to $4000.00. Your current balance is

COMPLAINT - 3

CHIBIKE NWABUDE
1108 85TH DRIVE NE
LAKE STEVENS, WA 98258
(206) 372-2912

Exhibit 1
Page 15 of 61

$3,673.92. Our decision was based, in whole or in part, on information obtained from the following consumer reporting agency: Equifax." Note, I will submit my credit records when requested.

16. For settlement, I want Synchrony Bank to revert all the negative entries on my accounts and credit records. They should promise never to mess up my account and credit records again. If they do, I will sue the Bank again in court. For the damages that I incurred, I am suing the Bank for $10,000.00.

COMPLAINT - 4

CHIBIKE NWABUDE
1108 85TH DRIVE NE
LAKE STEVENS, WA 98258
(206) 372-2912

Exhibit 1
Page 16 of 61