UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHIBIKE NWABUDE,

Plaintiff,

v.

SYNCHRONY BANK / AMAZON,

Defendant.

CASE NO. C24-1574JLR

ORDER

Before the court is Defendant Synchrony Bank/Amazon's ("Synchrony") unopposed motion for a one-week extension of the January 20, 2026 dispositive motions deadline. (Mot. to Extend (Dkt. # 26); *see* Sched. Order (Dkt. # 20).) On December 30, 2025, Synchrony filed a motion seeking a 60-day extension of the trial date and case deadlines because it was changing its national counsel, and new counsel required additional time to review the case file and discovery before preparing Synchrony's planned motion for summary judgment. (*See* Mot. (Dkt. # 24).) On December 31, 2025, the court recognized good cause but ultimately denied Synchrony's motion because the

ORDER - 1

court's trial calendar could not accommodate a 60-day extension in the second half of 2026.  (12/31/25 Order (Dkt. # 25).)  In the instant motion, Synchrony again asserts that its new counsel, McGuireWoods LLP, requires additional time to review and prepare its motion for summary judgment, especially given the upcoming federal holiday, Martin Luther King Jr. Day.  (Mot. to Extend at 1-2.)

Good cause appearing, the court GRANTS Synchrony's unopposed motion (Dkt. # 26) and ORDERS the following:

1.      The dispositive motions deadline is extended to **January 27, 2026**.  All other dates and deadlines set forth in the current scheduling order (Dkt. # 20) remain unchanged.

2.      Synchrony shall file its motion for summary judgment by no later than **January 27, 2026**.

3.      Mr. Nwabude shall file his response to the motion for summary judgment by no later than **February 17, 2026**.

4.      Synchrony shall file its reply in support of its motion for summary judgment by no later than **February 24, 2026**.

Dated this  20th  day of January, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2